■ ELEANOR A. THIBAULT, as Administratrix of the Estate of FERNAND O. THIBAULT, Deceased, Appellant, v ONONDAGA COUNTY SOLID WASTE DISPOSAL AUTHORITY, Respondent.—Order unanimously affirmed, without costs, on the opinion at Special Term, Aronson, J. (Appeal from order of Onondaga Supreme Court—summary judgment.) Present—Marsh, P. J., Moule, Simons, Dillon and Schnepp, JJ.

■ MARINE MIDLAND BANK, Respondent, v MANCINI-KLIMCHUCK Co. INC., Appellant.—Order and judgment unanimously affirmed, with costs, on the opinion at Special Term, Miller, J. (Appeal from order and judgment of Onondaga Supreme Court—account receivable.) Present—Marsh, P. J., Moule, Simons, Dillon and Schnepp, JJ.